# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

| | |
|---|---|
| **JAMES ARTHUR JUDD AND THE** | |
| **ESTATE OF KEVIN BOWENS** | **PLAINTIFFS** |
| | |
| **VS.** | **CIVIL ACTION NO. 4:16-cv-119-DMB-JMV** |
| | |
| **CHRISTOPHER EPPS, ET AL.** | **DEFENDANTS** |

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling…an immunity defense …

motion stays the attorney conference and disclosure requirements and all discovery not related to

the issue pending the court's ruling on the motion, including any appeal. Whether to permit

discovery on issues related to a motion asserting an immunity defense …is a decision committed

to the discretion of the court." L.U. CIV. R. 16(b)(3)(B). Accordingly, staying discovery not

related to the immunity issue in this case is appropriate at this time.

**IT IS, THERFORE, ORDERED** that the aforementioned proceedings are hereby

**STAYED** pending a ruling on the motion to dismiss [50]. Defendants shall notify the

undersigned magistrate judge within seven (7) days of a decision on the motion and shall submit

a proposed order lifting the stay.

**SO ORDERED** this, Tuesday, December 12, 2017.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**